RECEIVED
IN LAFAYETTE, LA.
APR 2 9 2009
TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID NELMS | * | CIVIL ACTION NO. 07-1661 |
| VERSUS | * | JUDGE MELANCON |
| J.P. YOUNG, WARDEN | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 22nd day of April, 2009.

TUCKER L. MELANCON
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE: 4/2009
BY: CAS
TO: TLM
Pg